RECEIVED

AUG 2 2 2023

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:23-cr-050 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| MACKENZIE ANN MEGGISON, | ) | T. 18 U.S.C. § 656 |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**Embezzlement by a Bank Officer**

Beginning at least as early as July 2020, to on or about October 2022, in the Southern District of Iowa, and elsewhere, defendant MACKENZIE ANN MEGGISON, while employed as a mortgage officer at Malvern Bank, which was insured by the Federal Deposit Insurance Corporation, embezzled, abstracted, purloined and willfully misapplied any moneys, funds, credits, securities, and other things of value belonging to Malvern Bank and pledged to Malvern Bank's care from

1

the Malvern Area Better Association (MABA), with the intent to defraud Malvern Bank, in excess of $1,000.00.

Each of the Counts detailed below are violations of Title 18, United States Code, Section 656.

| Count | Account Number and Name | Amount | Owner |
|---|---|---|---|
| 1 | Acct XX8806, General Fund | $37,175.42 | MABA |
| 2 | Acct XX5158, Go Fund Me | $21,278.34 | MABA |

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Corey T. Rothrock
Assistant United States Attorney