AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>MacKenzie Ann Meggison<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 1:23-cr-00050 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>2146 - 27th Avenue<br>Council Bluffs, IA 51501 | Courtroom No.: 100 |
|---|---|---|
| | | Date and Time: 09/14/2023 1:00 pm |

This offense is briefly described as follows:

18:656 - Embezzlement by a bank officer

This summons orders you to appear before the U.S. District Court. At that time, you are required to be present with an attorney. If you cannot afford an attorney, please call the Clerk's Office at 712-890-2087.

SUMMONS ISSUED
JOHN S. COURTER, Clerk
By: *[signature]*
DEPUTY CLERK

Date: 08/22/2023

*Issuing officer's signature*

Ross A. Walters, US Magistrate Judge

*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

**NOTE: Upon receipt of this document, you are requested to call the U.S. Probation Office at 515-284-6207 to schedule a bond review.**

*Printed name and title*

Case No. 1:23-cr-00050

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: MacKenzie Ann Meggison

Last known residence: 

Usual place of abode *(if different from residence address)*: 

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: 

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: 

### PROOF OF SERVICE

This summons was received by me on *(date)* _____.

❒ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

❒ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❒ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❒ The summons was returned unexecuted because: _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: